# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLIVEN BUNDY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   17-2429 (RC) |
| | : | |
| v. | : | Re Document Nos.:   3, 13 |
| | : | |
| JEFFERSON B. SESSIONS, | : | |
| U.S. Attorney General, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

For the reasons stated on the record at the December 19, 2017, hearing, it is hereby

**ORDERED** that Defendants' Motion to Dismiss Complaint for Emergency Writ of Mandamus (ECF No. 13) is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) is **DENIED** as moot;

**SO ORDERED**.

Dated: December 19, 2017                                          RUDOLPH CONTRERAS
                                                                                       United States District Judge