IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIVEN BUNDY<br><br>       Plaintiff,<br>v.<br><br>THE HONORABLE JEFF B. SESSIONS, et al<br><br>       Defendants. | Case No: 17-cv-2429 |

## NOTICE OF APEPAL

NOTICE is hereby given that Plaintiff Cliven Bundy's ("Plaintiff") appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the Order, of December 19, 2017, granting Defendants' Motion to Dismiss, Exhibit A, and all other orders and rulings averse to Plaintiff in this case.

Dated: January 4, 2018

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
D.C. Bar No. 334581
2020 Pennsylvania Ave NW, #800
Washington, DC, 20006
Tel: (561)-558-5536
Email: leklayman@gmail.com

Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2018, a true and correct copy of the foregoing was filed and served and via CM/ECF to all parties and counsel of record.

*/s/ Larry Klayman*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLIVEN BUNDY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   17-2429 (RC) |
| | : | |
| v. | : | Re Document Nos.:   3, 13 |
| | : | |
| JEFFERSON B. SESSIONS, | : | |
| U.S. Attorney General, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

For the reasons stated on the record at the December 19, 2017, hearing, it is hereby

**ORDERED** that Defendants' Motion to Dismiss Complaint for Emergency Writ of Mandamus (ECF No. 13) is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) is **DENIED** as moot;

**SO ORDERED**.

Dated: December 19, 2017                                                                RUDOLPH CONTRERAS
                                                                                          United States District Judge